## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PERKINELMER, INC. | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 1:10-cv-10087 |
| | ) | |
| v. | ) | |
| | ) | |
| MDS, INC., MDS ANALYTICAL | ) | |
| TECHNOLOGIES (US) INC., and | ) | |
| LIFE TECHNOLOGIES, INC. | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants | ) | |
| | ) | |

___

### PerkinElmer, Inc.'s Statement Pursuant to Federal Rule 7.1 and Local Rule 7.3

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, to

enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal,

the undersigned counsel of record for Plaintiff, PerkinElmer, Inc. certifies that PerkinElmer is a

nongovernmental corporation.  No publicly held corporation owns ten percent or more of the

stock of PerkinElmer, Inc.

PERKINELMER, INC.

By its attorneys,

/s/ Melissa Nott Davis
Sarah Chapin Columbia (BBO #550155)
Melissa Nott Davis (BBO #654546)
Leigh J. Martinson (BBO # 658699)
McDermott Will & Emery LLP
28 State Street
Boston, Massachusetts  02109
(617) 535-4000

Dated:  January 20, 2010