UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PERKINELMER, INC. | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 1:10-cv-10087 |
| | ) | |
| v. | ) | |
| | ) | |
| MDS, INC., MDS ANALYTICAL TECHNOLOGIES (US) INC., and LIFE TECHNOLOGIES, INC. | ) ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants | ) ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. PROC. 41(a)(1)(i)

Plaintiff, PerkinElmer, Inc., files this Notice of Voluntary Dismissal with Prejudice Under Fed. R. Civ. Proc. 41 (a) (1) (i). Defendants have not been served with this complaint and not filed an answer or motion for summary judgment.

PERKINELMER, INC.

By its attorneys,

*/s/ Melissa Nott Davis*
Sarah Chapin Columbia (BBO #550155)
Melissa Nott Davis (BBO #654546)
Leigh J. Martinson (BBO # 658699)
McDermott Will & Emery LLP
28 State Street
Boston, Massachusetts 02109
(617) 535-4000

Dated: January 26, 2010